IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Stuart,<br><br>    Plaintiff,<br><br>vs.<br><br>Paul McMurdie, et al.,<br><br>    Defendants. | CV10-00044-PHX-ROS<br><br>**ORDER** |

   I, Roslyn O. Silver, District Judge of the United States District Court for the District of Arizona, hereby:

\_\_\_ **GRANT** the application for leave to proceed in forma pauperis (Doc. ), without prepayment of costs or fees or the necessity of giving security therefore.  Plaintiff shall be responsible for service by waiver or of the summons and complaint.

\_\_\_\_ **GRANT** the application for leave to proceed in forma pauperis (Doc. ), without prepayment of costs or fees or the necessity of giving security therefore.  Service by waiver or of the summons and complaint shall be at government expense on the defendants by the U.S. Marshal or his authorized representative.

\_\_X\_\_ **DENY** the application for leave to proceed in forma pauperis (Doc. 4) without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

DATED this 25th day of January, 2010.

_____
Roslyn O. Silver
United States District Judge