JOHN STUART, *Pro per*
10407 W. Trumbull Road
Tolleson, Arizona (85353)
Phone # (480) 232-0606
<themobinem@aol.com>

John Stuart, *Sui Juris*
Authorized Representative

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 0 5 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN STUART,<br>　　　　　Plaintiff,<br>vs.<br>**Paul McMurdie**, individually, and in his official capacity as a Judge of the Maricopa County Superior Court, State Of Arizona; and **Susie Charbel**, individually, and in her official capacity as a Prosecutor of the County of Maricopa, State Of Arizona; and **Paul Dalton**, individually, and in his official capacity as a Police Detective of the City of Phoenix, State of Arizona; and **Al Shearer**, individually, and in his official capacity as a Police Detective of the City of Phoenix, State of Arizona; and **John Johnson**, individually, and in his official capacity as a Public Defender of the Maricopa County Superior Court, State Of Arizona; and **Tyler Harrison**, individually, and in his official capacity as a Public Defender of the Maricopa County Superior Court, State Of Arizona; and **Robert E. Lyon, DO,** individually, and in his official capacity as Maricopa County Medical Examiner, State Of Arizona<br>　　　　　Defendants | Case No. CV-10-44-PHX-ROS<br><br>**PLAINTIFF'S**<br><br>**OFFICIAL**<br><br>**AND**<br><br>**LAWFUL**<br><br>**<u>JUDICIAL</u> <u>NOTICE</u>**<br><br><br>(Assigned to the Hon. Roslyn O. Silver) |

*In the name of God, with the gaze of Our Lord*, **JOHN STUART**, *ens legis,* by and through his authorized representative, a separate entity, John Stuart, Authorized Representative and beneficiary for JOHN STUART, appearing specially and not generally, *vi et armis*, claiming, exercising and invoking ALL RIGHTS including but not limited to God granted Rights, human Rights, and all Rights guaranteed and protected by the united States Constitution, the Arizona Constitution, and International Treaties.  Plaintiff adapts and incorporates herein by reference as if fully set forth, the entire Maricopa County Superior Court case CR2008-106594-001DT Court file including, but not limited to, all Minute Entries, Rulings and Orders, the entire docket, and submits the following facts, law and authority as basis for and in support of this pleading.

Pursuant to, *inter alia*, 42 U.S.C.A. § 1983, JOHN STUART, ["Plaintiff"] through undersigned agent, *sui juris*, declares and alleges for the record the following:

**THIS IS OFFICIAL JUDICIAL NOTICE THAT DEFENDANTS HAVE FAILED TO APPEAR AS REQUIRED BY THE LAWFULLY ISSUED SUMMNONS BY THIS COURT.**

**THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF IS <u>NOT</u> REQUIRED TO RESPOND, READ, ACKNOWLEDGE AND/OR THE LIKE OF ANY OF DEFENDANTS' PLEADINGS AS DEFENDANTS HAVE FAILED TO APPEAR PURSUANT TO: *inter alia*, F.R.Cv.P., RULE 5(a)(1), AND, RULE 11, AND, *inter alia*, L.R.Cv.P. RULE 83.3.**

THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF IS ONLY RESPONDING UNDER DURESS AS PLAINTIFF FEARS A LACK OF RESPONSE ON HIS PART, ALTHOUGH NOT REQUIRED, MAY BE MISCONSCRUED BY THIS COURT AS PLAINTIFF'S ACQUIESCENCE, AND USED BY THIS COURT TO RULE AGAINST PLAINTIFF.

THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF IS ACCUSTOMED TO COURTS VIOLATING ANY AND ALL RULES TO FRAUDULENTLY RULE AGAINST PLAINTIFF AND IN FAVOR OF GOVERNMENT AGENTS IRRESPECTIVE OF THE CRIMES COMMITTED, AND/OR RULES VIOLATED BY DEFENDANTS AND/OR OTHER GOVERNMENT AGENTS.

THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF OBJECTS TO THIS COURT ALLOWING DEFENDANTS AND/OR DEFENDANTS NON-ATTORNEY OF RECORD ATTORNEYS TO TRESPASS ON THIS CASE BY UNLAWFULLY SUBMITTING PLEADINGS IN A MATTER WHERE THEY ARE NOT THE ATTORNEYS OF RECORD.

THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF DOES NOT CONFER ACCEPTANCE TO DEFENDANTS' PLEADINGS AS DEFENDANTS' NOTICE OF APPEARANCE.

THIS IS OFFICIAL JUDICIAL NOTICE THAT THIS COURT SHALL NOT INFER ANY RESPONSE BY PLAINTIFF AS EVIDENCE THAT PLAINTIFF ACCEPTS DEFENDANTS' PLEADINGS AS DEFENDANTS' ATTORNEYS' NOTICE OF APPEARANCE.

THIS IS OFFICIAL JUDICIAL NOTICE THAT THIS COURT IS REQUIRED BY LAW TO GRANT JUDGMENT BY DEFAULT IN FAVOR OF PLAINTIFF FOR DEFENDANTS' FAILURE TO APPEAR PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURES AND AS REQUIRED BY THIS COURT'S ISSUED SUMMONS.

THIS IS OFFICIAL JUDICIAL NOTICE THAT DEFENDANTS HAVE FAILED TO APPEAR AND ARE IN DEFAULT AND DISHONOR.

THIS IS OFFICIAL JUDICIAL NOTICE THAT PLAINTIFF STATES THE CLAIM THAT DEFENDANTS' HAVE FAILED TO APPEAR AND THAT THE RELIEF THAT MAY BE GRANTED FOR SUCH IS JUDGMENT BY DEFAULT GRANTED IN FAVOR OF PLAINTIFF.

RESPECTFULLY SUBMITTED: This 5th day of March, in the year of our Lord, 2010.

BY:[ _/s/_ ], agent
John C. Stuart, *sui juris*, Authorized Representative, *Tertius interveniens, rectus in curia,* for:
JOHN STUART, *ens legis, in propria persona*

# **CERTIFICATE OF SERVICE**

**COPY** of the foregoing delivered
this 5th day of March, 2010 to:

Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 624, SPC 59
Phoenix, Arizona 85003


**COPY** of the foregoing delivered/mailed
this 5th day of March, 2010 to:

The Honorable Paul McMurdie
Maricopa County Superior Court
East Court Building 413
101 W. Jefferson
Phoenix, AZ. 85003-2243


**COPY** of the foregoing delivered/mailed
this 5th day of March, 2010 to:

Prosecutor Susie Charbel
Maricopa County Attorney
301 W. Jefferson, 8th Floor
Phoenix, AZ 85003-2243


**COPY** of the foregoing delivered/mailed
this 5th day of March, 2010 to:

Phoenix Police Detective Paul Dalton
Phoenix Police Department
620 West Washington Street
Phoenix, AZ 85003

1  **COPY** of the foregoing delivered/mailed
2  this 5th day of March, 2010 to:

3  Phoenix Police Detective Al Shearer
4  Phoenix Police Department
   620 West Washington Street
5  Phoenix, AZ 85003

6

7  **COPY** of the foregoing delivered/mailed
8  this 5th day of March, 2010 to:

9  Medial Examiner Robert E. Lyon, DO
10 Maricopa County Forensic Science Center
   701 West Jefferson
11 Phoenix, Arizona 85007

12

13 **COPY** of the foregoing delivered/mailed
14 this 5th day of March, 2010 to:

15 Public Defender John Johnson
16 Maricopa County Public Defender's Office
   602 West Jackson Street
17 Phoenix, AZ 85003

18

19 **COPY** of the foregoing delivered/mailed
20 this 5th day of March, 2010 to:

21 Public Defender Tyler Harrison
22 Maricopa County Public Defender's Office
   602 West Jackson Street
23 Phoenix, AZ 85003

24
25
26                                    By: [_____], agent
27
28