CV-10-00044-PHX-ROS, July 2, 2010

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

```
John Stuart,                      )
                                  )
            Plaintiff,            )
                                  )
      vs.                         ) CV CV10-00044-PHX-ROS
                                  )
Paul McMurdie, et al.,            )
                                  ) Phoenix, Arizona
            Defendant.            ) July 2, 2010
_____ ) 9:04 a.m.
```

BEFORE: THE HONORABLE ROSLYN O. SILVER, JUDGE

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**SHOW CAUSE HEARING**

**APPEARANCES**

For the Plaintiff:
   **PRO SE**
   Mr. John Stuart
   10407 West Trumbull Road
   Tolleson, AZ  85353
   480.232.0606

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street,
Suite 312, Spc. 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**P R O C E E D I N G S**

       (Court was called to order by the courtroom deputy.)

       (Proceedings begin at 9:04.)

       THE COURT:  Please be seated.

       COURTROOM DEPUTY:  This is case number CV-10-44, *Stuart v. McMurdie, et al.*, on for show cause.

       Please state your name for the record.

       MR. STUART:  John Stuart.

       THE COURT:  Good morning, Mr. Stuart.

       MR. STUART:  Good morning, Judge.

       THE COURT:  And you know why we're here?

       MR. STUART:  Apparently, for an order to show cause.

       THE COURT:  Right.  There are a couple of defendants or, actually, defendants in your civil case, three of them, that you have not prosecuted against.  Do you understand what that means?

       MR. STUART:  Yes, Your Honor, but I must object.  I've done everything possible to serve these people.  One of them is a police officer who, when the process server attempted to serve him, the process server was threatened and told him he couldn't serve them.  He left called me, told me take back the paperwork, "I'm not going to deal with this."

       The Public Defender's office refused to accept process service, kicked him out of the building.  To claim that they haven't been served is not appropriate as they have

| | | |
|---|---|---|
| 1 | actually responded. | 09:05:12 |
| 2 | THE COURT: Okay. What you need to do is you need to | |
| 3 | look at the law -- let me start off with this. | |
| 4 | I know you know, Mr. Stuart, you need a lawyer. | |
| 5 | MR. STUART: I would object to that, too, Your Honor. | 09:05:26 |
| 6 | THE COURT: Well, that's your decision. Let me tell | |
| 7 | you, I've had 40 years experience as either a lawyer or a | |
| 8 | judge. I wouldn't walk into this courtroom without a lawyer. | |
| 9 | MR. STUART: I understand your contention and I also | |
| 10 | am very familiar with the way the court looks at pro se, pro | 09:05:45 |
| 11 | per, and sui generis litigants. I've also studied what SCOTUS | |
| 12 | has to say about it. I would disagree with that completely, | |
| 13 | Your Honor. This is supposed to be a matter of whether or not | |
| 14 | we have due process of law and, pursuant to the 14th Amendment | |
| 15 | also, that a litigant can't be denied his equal rights under | 09:06:07 |
| 16 | the law. | |
| 17 | I have no need for somebody who has established | |
| 18 | themselves as an esquire pursuant to the 13th Amendment, the | |
| 19 | original 13th Amendment. They have given up their citizenship | |
| 20 | to do that. I choose not to do that nor to be a part of that. | 09:06:27 |
| 21 | I can represent this case just fine. | |
| 22 | THE COURT: Okay. Let me tell you why I have made | |
| 23 | that suggestion only. As I said before, you are entitled to do | |
| 24 | whatever you believe is correct but you are not a lawyer. You | |
| 25 | are not schooled in the law. And the problem with coming into | 09:06:50 |

| | | |
|---|---|---|
| 1 | a courtroom, and this is the only time I can assist you in this | 09:06:56 |
| 2 | endeavor, because there's a reason why I sit in the center of | |
| 3 | the room.  I have a right or an obligation to protect both | |
| 4 | sides, that is, the plaintiffs and the defendants.  How do I do | |
| 5 | that?  I do that by following the law and no other.  That is my | 09:07:16 |
| 6 | obligation.  I took an oath to do that.  Here I am.  We have | |
| 7 | one real party so far and you are that party. | |
| 8 | The problem with representing yourself is | |
| 9 | demonstrated by why you're here now.  In 95 percent of the | |
| 10 | cases that are filed, whether they are ultimately successful | 09:07:44 |
| 11 | for a plaintiff, I do not have order to show cause hearings. | |
| 12 | And, frankly, under the law, as you probably know, if | |
| 13 | you looked at Federal Rule of Civil Procedure 4(m) which -- and | |
| 14 | also 41, which I cited here, is that dismissal can occur sui | |
| 15 | sponte, which means without my holding a hearing.  But I | 09:08:16 |
| 16 | generally hold a hearing where I have people representing | |
| 17 | themselves, so I can have the one opportunity that the law | |
| 18 | allows me to assist a pro se litigant. | |
| 19 | Now, you have said to me, and I have implied from | |
| 20 | what you've said, that you understand how pro se litigants can | 09:08:37 |
| 21 | appear in front of the court and that they have some | |
| 22 | advantages.  The only advantage that you have in the Supreme | |
| 23 | Court of the United States law and in the Ninth Circuit law, | |
| 24 | which is probably considered more liberal than any other | |
| 25 | circuit, is that you have an advantage with respect to your | 09:09:01 |

| | | |
|---|---|---|
| 1 | pleadings.  That means your complaint, and they are liberally | 09:09:04 |
| 2 | construed in favor of somebody who is a pro se litigant, but | |
| 3 | that is where it stops. | |
| 4 | After that, once again, I sit in this courtroom in | |
| 5 | the center of the room.  I apply the law.  And the law is that | 09:09:19 |
| 6 | if a party or a lawyer doesn't follow the orders of this court | |
| 7 | and the Rules of Civil Procedure and the laws in federal court, | |
| 8 | the laws, the laws of the United States, then I have to dismiss | |
| 9 | the case. | |
| 10 | And the worst-case scenario, which we don't have now, | 09:09:52 |
| 11 | is that the parties are ordered, and I have no choice, to pay | |
| 12 | the attorney's fees of the other side. | |
| 13 | Now, fortunately, that doesn't occur commonly except | |
| 14 | where somebody is a pro se litigant.  So at the urging of | |
| 15 | opposing counsel, where on a number of occasions, that's when | 09:10:19 |
| 16 | it occurs, the pro se litigant hasn't followed the rules, | |
| 17 | despite the warnings of the court and the advice of the court, | |
| 18 | then the case has been dismissed and sanctions have been | |
| 19 | imposed. | |
| 20 | So that is why I'm holding this hearing primarily. | 09:10:36 |
| 21 | That doesn't mean that you don't have rights.  That doesn't | |
| 22 | mean that you can't proceed on your own.  That is up to you. | |
| 23 | It seems to me that you indeed do your own research | |
| 24 | and you have firm views about how you read the law.  I commend | |
| 25 | you for that.  However, as you know, and this weekend is a good | 09:11:03 |

| | | |
|---|---|---|
| 1 | example of it, after 240 years in this country of the creation | 09:11:10 |
| 2 | and application of the laws, they are very complex.  I spend my | |
| 3 | weekends reading the law. | |
| 4 | So that explains to you why I say I would never come | |
| 5 | into the courtroom without being represented, whether or not I | 09:11:33 |
| 6 | was a plaintiff or a defendant. | |
| 7 | Okay.  So enough of the lecture and enough of the | |
| 8 | background.  What you have told me and, as I said, I am giving | |
| 9 | you more favorable treatment at this point than I can give you | |
| 10 | in the future.  You have told me something which is important. | 09:11:57 |
| 11 | It sounds as if you have had trouble serving these people. | |
| 12 | MR. STUART:  Yes, Your Honor.  If I may, and I don't | |
| 13 | mean to interrupt you.  They actually violated the law to | |
| 14 | prevent service.  A police officer is restricted and prohibited | |
| 15 | from using force or threats to prevent service.  He did. | 09:12:23 |
| 16 | You are welcome to subpoena the process server.  He | |
| 17 | won't come in for me.  He is scared to death because he already | |
| 18 | knows that the cop's radically corrupt.  He is already | |
| 19 | well-informed that the officer has lied to grand juries and | |
| 20 | destroyed exculpatory evidence.  He's scared to death to talk | 09:12:42 |
| 21 | about the cop. | |
| 22 | He also attempted to serve the Public Defenders.  He | |
| 23 | was thrown out of their office.  Those are criminal acts to | |
| 24 | prohibit service.  That is not allowed. | |
| 25 | The other problem being, Your Honor, I have not seen | 09:12:57 |

| | | |
|---|---|---|
| 1 | the court follow the law.  You talk about this country being | 09:12:59 |
| 2 | 200 and almost 40 years old, yet in the Constitution nowhere is | |
| 3 | it mentioned anything about immunity.  The rule of law says | |
| 4 | there is no immunity for anybody.  We are not under the divine | |
| 5 | right of the kings. | 09:13:20 |
| 6 | When you look at the creation of this country, 55 men | |
| 7 | got together in Philadelphia in 1781 to get rid of the divine | |
| 8 | right of kings which is where immunity stems.  Nowhere in the | |
| 9 | law do we get immunity, whether it be absolute or qualified | |
| 10 | immunity.  And qualified immunity only springs from the | 09:13:38 |
| 11 | investigatory process, not from the judicial process. | |
| 12 | So this court, sui sponte, has dismissed part of this | |
| 13 | case following the rule of man, not the rule of law.  I have | |
| 14 | read the Constitution probably well over a hundred times in the | |
| 15 | last few years.  I have yet to find immunity in there. | 09:13:58 |
| 16 | THE COURT:  Let me ask you a question, just for the | |
| 17 | sake of understanding.  Who creates the laws? | |
| 18 | MR. STUART:  The legislature creates the law | |
| 19 | although, at this point, that is not always true.  Under | |
| 20 | executive orders, since the early 1930s, presidents have been | 09:14:13 |
| 21 | creating law, although I found nothing in the Constitution that | |
| 22 | allows that, and now we have judicial discretion that is | |
| 23 | actually creating laws under jurisprudence.  I find nothing in | |
| 24 | the law that allows either one of those. | |
| 25 | THE COURT:  Okay.  Well, you don't find it but who is | 09:14:30 |

| | | |
|---|---|---|
| 1 | the ultimate determination?  Who makes the ultimate | 09:14:33 |
| 2 | determination as to what the law says? | |
| 3 |       MR. STUART:  Well, supposedly the legislature but now | |
| 4 | the judges are using judicial discretion to reinterpret the law | |
| 5 | and it's usually in favor of government agencies or government | 09:14:44 |
| 6 | agents as is the case in point. | |
| 7 |       We know and I offer -- I give an offer of proof, the | |
| 8 | case that has created this case.  We know that the judge has no | |
| 9 | oath.  He has no valid oath.  He has never had a valid oath in | |
| 10 | Maricopa County.  He is not a de jure judge.  He is a de facto | 09:15:08 |
| 11 | judge.  That is, actually, considered treason under the | |
| 12 | Constitution.  He has ordered unlawful acts committed and he's | |
| 13 | not even a judge, yet somehow he's granted immunity, absolute | |
| 14 | immunity, not even qualified immunity.  That is not the rule of | |
| 15 | law; that is the rule of man. | 09:15:29 |
| 16 |       There is nothing, Judge, nothing in the rule of law | |
| 17 | that allows immunity. | |
| 18 |       THE COURT:  All right.  You have your point of view, | |
| 19 | Mr. Stuart.  Let me give you some suggestions. | |
| 20 |       First of all, with respect to your first question as | 09:15:43 |
| 21 | to why I have acted the way I have, meaning I have taken the | |
| 22 | position that I have with respect to the only issue in front of | |
| 23 | me today, which is defendants Shearer, Johnson, and Harrison, | |
| 24 | it sounds as if what you are telling me today, that you have a | |
| 25 | basis for your failure.  Good cause is what we call it. | 09:16:07 |

United States District Court

1                MR. STUART:  Yes.                                       09:16:13

2                THE COURT:  Under Rule 4(m) of the Federal Rules of

3    Civil Procedure, you have, it seems to me, established,

4    although I haven't heard from the other side, but I am giving

5    you the benefit of the doubt -- now listen for a second.            09:16:28

6                You may well have good cause.  I am not presaging my

7    ruling on that.  But I am going to give you more time to take a

8    look at the Federal Rules of Civil Procedure to determine what

9    you are to do where the circumstances that you have presented

10   to me have occurred, and I can't subpoena somebody on your          09:16:53

11   behalf.  That doesn't work.  That is a rule of procedure.  That

12   would be taking the law in my hands, making law that doesn't

13   exist.

14               So take a look at the Federal Rules of Civil

15   Procedure concerning service.  They are not easy to understand.    09:17:11

16   You might get assistance from a lawyer that you trust on that

17   basis.  I am going to give you another 30 days to properly

18   resolve the issue of service and that is -- take a look at

19   Federal Rule of Civil Procedure to start with 4(m) which speaks

20   to the issue of failure to serve within a certain period of        09:17:45

21   time.  You had 120 days.  You're past that time.  It's time.

22               I'm giving you another 30 days to resolve this, and

23   there are rules that may well pertain to the facts that you've

24   told me about.  I can't subpoena them.  I am repeating that

25   again.  That law doesn't allow me to do so.                         09:18:12

1  Now, on your other issues concerning whether or not
2  you believe, essentially, I follow the law that you believe
3  applies, that is an issue for you.  So I am going to issue an
4  order allowing you another 30 days to make service or resolve
5  this issue, alternatively, in accordance in the application of
6  the rules that apply in this court, understanding that if you
7  don't do so, my obligation under the law is to dismiss this
8  case.  Have you understood?
9  MR. STUART:  I comprehend what you're saying, Your
10 Honor.  I do have a couple of issues that I must bring up.
11 Public Defender Johnson was in violation of my Sixth
12 Amendment rights forcing on me an attorney.  I did not want
13 him.  I put several documents into that case saying I refused,
14 blah, blah, blah.  They did -- McMurdie, in violation of the
15 law and a heinous criminal act, then had me go through a Rule
16 11, which obviously was a massive waste of the valuable
17 resources, that proved conclusively that I'm more than sane and
18 more knowledgeable than any attorneys that they appointed to
19 me.  And that was concluded by two of the state's own doctors,
20 not private doctors.
21 So we have an issue here.  Johnson was forced upon me
22 as an attorney, and I presented to him personally, while he was
23 my so-called attorney, the documents concerning this 42
24 USC 1983 suit.
25 Now, when he tried to hand them back, refused them,

1  didn't matter.  He had them in his hand.                           09:20:08

2         The second aspect is when the process server went to
3  the building -- let me make something perfectly clear here.  It
4  is impossible to serve a government agent that has a gun.  It's
5  impossible.  The process servers are scared to death of our      09:20:24
6  cops.  They are scared to death of our judges.  They are scared
7  to death of our attorneys.

8         So to force me to commit something that is totally
9  impossible, that is absolutely ludicrous, Your Honor.  We can't
10 serve them.  We, as the people of the United States, cannot      09:20:41
11 find remedy in our courts on that matter alone, not to mention
12 the claims of immunity, absolute or qualified.

13        THE COURT:  All right.  Now, let me stop you.  You
14 are repeating yourself.  You are right in one respect.  The law
15 doesn't require you to do something that is impossible.  You      09:21:03
16 have raised an issue.  You find the rule.  You find the law,
17 you make your presentation to me.

18        Now, it may surprise you -- it does surprise you
19 because of your response here that you don't know, because you
20 haven't read the rules, there are ways to handle this when you    09:21:25
21 cannot serve somebody.  Now, I cannot give you any legal
22 advice.  That is not fair.

23        If Mr. Johnson, Mr. Shearer, and Mr. Harrison were
24 here, and you weren't here, you would be very unhappy with me
25 if I lended them a hand.                                          09:21:50

United States District Court

CV-10-00044-PHX-ROS, July 2, 2010

1          All right.  You have 30 days.                              09:21:53
2          This matter is adjourned.
3          (Whereupon, these proceedings recessed at 9:22 a.m.)
4                          * * * * *

United States District Court

CV-10-00044-PHX-ROS, July 2, 2010

13

```
                       C E R T I F I C A T E


         I, ELAINE M. CROPPER, do hereby certify that I am
duly appointed and qualified to act as Official Court Reporter
for the United States District Court for the District of
Arizona.


         I FURTHER CERTIFY that the foregoing pages constitute
a full, true, and accurate transcript of all of that portion of
the proceedings contained herein, had in the above-entitled
cause on the date specified therein, and that said transcript
was prepared under my direction and control, and to the best of
my ability.


         DATED at Phoenix, Arizona, this 6th day of July,
2010.



                                   s/Elaine M. Cropper

                              _____
                               Elaine M. Cropper, RDR, CRR, CCP
```

United States District Court